UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
2013 NOV 14 A 11: 12
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: KUGEL MESH HERNIA PATCH
PRODUCTS LIABILITY LITIGATION

MDL No. 1842

(SEE ATTACHED SCHEDULE)

FILED: **11/14/13**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

## CONDITIONAL TRANSFER ORDER (CTO –195)

On June 22, 2007, the Panel transferred 12 civil action(s) to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 1,966 additional action(s) have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M Lisi.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 13, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Attest to
True Copy
DAVID A. DIMARZIO
Deputy Clerk

IN RE: KUGEL MESH HERNIA PATCH
PRODUCTS LIABILITY LITIGATION  MDL No. 1842

SCHEDULE CTO-195 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| FLORIDA SOUTHERN | | | | |
| FLS | 0 | 12-60325 | Danson v. Davol, Inc. et al | CA 13-3825 |
| TEXAS EASTERN | | | | |
| TXE | 4 | 13-00575 | Corless et al v. Davol, Inc. et al | CA 13-3826 |